AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER (PRINT)<br>HARRY MCELWEE | TITLE<br>PRIVATE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
6021 Coca Cola Blvd.
Columbus, GA.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-12-2008
            Date

Signature of Server: Harry J McElwee

Address of Server: 1405 43rd St. Phenix City, AL 36867

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| MIDDLE | District of | ALABAMA |

RECEIVED
2008 MAR 14 A 9: 58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

B &D MONK, LLC
d/b/a PHENIX CITY

V.

DLR ASSOCIATES, LLC
d/b/a GOO GOO CAR WASH

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:08CV166-SRW

TO: (Name and address of Defendant)

DLR ASSOCIATES, LLC C/O
BECK, ROGER LAMAR SR
6225 ATLANTA HWY
MONTGOMERY, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ATTORNEY RAYMOND JACKSON
JACKSON LAW GROUP
126 S. 8th St.
OPELIKA, AL 36801

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    3.11.08
CLERK                                                       DATE

(By) DEPUTY CLERK