IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B & D MONK, LLC d/b/a PHENIX CITY EXPRESS WASH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DLR ASSOCIATES, LLC d/b/a GOO GOO CAR WASH, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>3:08-CV-00166-SRW |

## MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE RESPONSIVE PLEADING

Comes now Defendant DLR Associates, LLC d/b/a Goo Goo Car Wash and respectfully moves the Court for an Order extending for thirty (30) days, to and including May 1, 2008, the time in which Defendant is to answer, move or otherwise respond to the Complaint for Declaratory Relief filed in the above stated action and served on the Defendant on March 12, 2008. As grounds for this motion, counsel for the Defendant represents to the Court that they have just recently been retained to defend this action and need additional time to review the claims and formulate a response. Plaintiff, through its counsel, has orally consented to this extension.

190788.1

Respectfully submitted this 1st day of April, 2008.

/s/ Charles B. Paterson
Charles B. Paterson
Bar Number: ASB-1542-R73C
Robin G. Laurie
Bar Number: ASB-4217-U64R
Attorneys for Defendant, DLR Associates, LLC
d/b/a Goo Goo Car Wash
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: rlaurie@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 1st day of April, 2008:

Raymond L. Jackson, Jr.
JACKSON LAW GROUP, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575

                Respectfully submitted,

                /s/ Charles B. Paterson
                Charles B. Paterson
                Bar Number: ASB-1542-R73C
                Robin G. Laurie
                Bar Number: ASB-4217-U64R
                Attorneys for Defendant, DLR Associates, LLC
                d/b/a Goo Goo Car Wash
                BALCH & BINGHAM LLP
                Post Office Box 78
                Montgomery, AL 36101-0078
                Telephone: (334) 834-6500
                Facsimile: (866) 736-3857
                E-mail: cpaterson@balch.com
                E-mail: rlaurie@balch.com