IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B & D MONK LLC d/b/a PHENIX CITY EXPRESS WASH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DLR ASSOCIATES, LLC d/b/a GOO GOO CAR WASH )<br>)<br>Defendant. )<br>) | Case No. 3:08-cv-166-TFM |

## ORDER

Pending before the Court is Defendant's unopposed *Motion for Extension of Time In Which to File Responsive Pleading* (Doc. 4, filed March 28, 2008). For good cause, it is

**ORDERED** that the motion is **GRANTED**. As such, the Answer is now due **May 1, 2008**.

DONE this 2nd day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE