IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B & D MONK, LLC d/b/a PHENIX CITY EXPRESS WASH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DLR ASSOCIATES, LLC d/b/a GOO GOO CAR WASH, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>3:08-CV-00166-TFM |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW DLR Associates, LLC d/b/a Goo Goo Car Wash, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ There are no entities to be reported.

Respectfully submitted this 8th day of April, 2008.

/s/ Charles B. Paterson
Charles B. Paterson
Bar Number: ASB-1542-R73C
Robin G. Laurie
Bar Number: ASB-4217-U64R
Attorneys for Defendant, DLR Associates, LLC d/b/a Goo Goo Car Wash
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: rlaurie@balch.com

191035.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 8th day of April, 2008:

Raymond L. Jackson, Jr.
JACKSON LAW GROUP, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575

        Respectfully submitted,

        /s/ Charles B. Paterson
        Charles B. Paterson
        Bar Number: ASB-1542-R73C
        Robin G. Laurie
        Bar Number: ASB-4217-U64R
        Attorneys for Defendant, DLR Associates, LLC
        d/b/a Goo Goo Car Wash
        BALCH & BINGHAM LLP
        Post Office Box 78
        Montgomery, AL 36101-0078
        Telephone: (334) 834-6500
        Facsimile: (866) 736-3857
        E-mail: cpaterson@balch.com
        E-mail: rlaurie@balch.com