IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B & D MONK, LLC d/b/a PHENIX CITY EXPRESS WASH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DLR ASSOCIATES, LLC d/b/a GOO GOO CAR WASH, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>3:08-CV-00166-WKW |

**MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE RESPONSIVE PLEADING**

Comes now Defendant DLR Associates, LLC d/b/a Goo Goo Car Wash and respectfully moves the Court for an Order extending the time in which Defendant is to answer, move or otherwise respond to the Complaint for Declaratory Relief filed in this action from May 1, 2008 through and including May 30, 2008. As grounds for this motion, counsel for the Defendant represents to the Court that the parties are engaged in settlement negotiations which may lead to a resolution of the dispute between the parties. Plaintiff, through its counsel, has orally consented to this requested extension of time.

Respectfully submitted this 28th day of April, 2008.

/s/ Charles B. Paterson
Charles B. Paterson
Bar Number: ASB-1542-R73C
Robin G. Laurie
Bar Number: ASB-4217-U64R
Attorneys for Defendant, DLR Associates, LLC
d/b/a Goo Goo Car Wash

191656.1

BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: rlaurie@balch.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 28th day of April, 2008:

> Raymond L. Jackson, Jr.
> JACKSON LAW GROUP, P.C.
> P.O. Box 3575
> Auburn, Alabama 36831-3575

> Respectfully submitted,
>
> /s/ Charles B. Paterson
> Charles B. Paterson
> Bar Number: ASB-1542-R73C
> Robin G. Laurie
> Bar Number: ASB-4217-U64R
> Attorneys for Defendant, DLR Associates, LLC
> d/b/a Goo Goo Car Wash
> BALCH & BINGHAM LLP
> Post Office Box 78
> Montgomery, AL 36101-0078
> Telephone: (334) 834-6500
> Facsimile: (866) 736-3857
> E-mail: cpaterson@balch.com
> E-mail: rlaurie@balch.com