IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B & D MONK, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-0166-WKW |
| ) | |
| DLR ASSOCIATES, LLC, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of defendant's unopposed Motion for Extension of Time in Which to File Responsive Pleading (Doc. # 11), it is ORDERED that the motion is GRANTED. The deadline for the defendant to file an answer or otherwise respond is extended to **May 30, 2008.**

DONE this 30th day of April, 2008.

                                              /s/   W.  Keith Watkins
                                              UNITED STATES DISTRICT JUDGE