IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B & D MONK, LLC d/b/a PHENIX CITY EXPRESS WASH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DLR ASSOCIATES, LLC d/b/a GOO GOO CAR WASH, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>3:08-CV-00166-WKW |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE RESPONSIVE PLEADING**

Comes now Defendant DLR Associates, LLC d/b/a Goo Goo Car Wash and respectfully moves the Court for an Order extending the time in which Defendant is to answer, move or otherwise respond to the Complaint for Declaratory Relief filed in this action from May 30, 2008 through and including June 17, 2008. As grounds for this motion, counsel for the Defendant represents to the Court that the parties are continuing to engage in settlement negotiations which may lead to a resolution of the dispute between the parties. Plaintiff, through its counsel, has consented to this requested extension of time.

Respectfully submitted this 28th day of May, 2008.

/s/ Robin G. Laurie
Robin G. Laurie
Bar Number: ASB-4217-U64R
Charles B. Paterson
Bar Number: ASB-1542-R73C
Attorneys for Defendant, DLR Associates, LLC
d/b/a Goo Goo Car Wash

192462.1

BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: rlaurie@balch.com
E-mail: cpaterson@balch.com

### CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 28th day of May, 2008:

Raymond L. Jackson, Jr.
JACKSON LAW GROUP, P.C.
P.O. Box 3575
Auburn, Alabama 36831-3575

Respectfully submitted,

/s/ Robin G. Laurie
Robin G. Laurie
Bar Number: ASB-4217-U64R
Charles B. Paterson
Bar Number: ASB-1542-R73C
Attorneys for Defendant, DLR Associates, LLC
d/b/a Goo Goo Car Wash
BALCH & BINGHAM LLP
Post Office Box 78
Montgomery, AL 36101-0078
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: rlaurie@balch.com
E-mail: cpaterson@balch.com