IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B & D MONK, LLC, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-cv-0166-WKW |
| ) | |
| DLR ASSOCIATES, LLC, ) | |
| ) | |
|    Defendant. ) | |

### **ORDER**

Upon consideration of the defendant's second Unopposed Motion for Extension of Time in Which to File Responsive Pleading (Doc. # 13), it is ORDERED that the motion is GRANTED. The deadline for the defendant to file an answer or otherwise respond is extended from May 30, 2008 to **June 17, 2008**.

DONE this 2nd day of June, 2008.

                                   /s/   W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE