## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| B & D MONK, LLC d/b/a PHENIX CITY EXPRESS WASH, </br></br> Plaintiff, </br></br> v. </br></br> DLR ASSOCIATES, LLC d/b/a GOO GOO CAR WASH, </br></br> Defendant. | CIVIL ACTION NO. </br> 3:08-CV-00166-WKW |

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## IN WHICH TO FILE RESPONSIVE PLEADING

Comes now Defendant DLR Associates, LLC d/b/a Goo Goo Car Wash and respectfully moves the Court for an Order extending the time in which Defendant is to answer, move or otherwise respond to the Complaint for Declaratory Relief filed in this action from May 30, 2008 through and including June 24, 2008. As grounds for this motion, counsel for the Defendant represents to the Court that the parties are negotiating the final terms of a settlement agreement that will likely lead to a resolution of the dispute between the parties. Plaintiff, through its counsel, has consented to this requested extension of time.

Respectfully submitted this 17th day of June, 2008.

/s/ Robin G. Laurie
Robin G. Laurie
Bar Number: ASB-4217-U64R
Charles B. Paterson
Bar Number: ASB-1542-R73C
Attorneys for Defendant, DLR Associates, LLC
d/b/a Goo Goo Car Wash

192939.1

        BALCH & BINGHAM LLP
        Post Office Box 78
        Montgomery, AL 36101-0078
        Telephone: (334) 834-6500
        Facsimile: (866) 736-3857
        E-mail: rlaurie@balch.com
        E-mail: cpaterson@balch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon any CM/ECF participants electronically and I have mailed by United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 17th day of June, 2008:

    Raymond L. Jackson, Jr.
    JACKSON LAW GROUP, P.C.
    P.O. Box 3575
    Auburn, Alabama 36831-3575

        Respectfully submitted,

        /s/ Robin G. Laurie
        Robin G. Laurie
        Bar Number: ASB-4217-U64R
        Charles B. Paterson
        Bar Number: ASB-1542-R73C
        Attorneys for Defendant, DLR Associates, LLC
        d/b/a Goo Goo Car Wash
        BALCH & BINGHAM LLP
        Post Office Box 78
        Montgomery, AL 36101-0078
        Telephone: (334) 834-6500
        Facsimile: (866) 736-3857
        E-mail: rlaurie@balch.com
        E-mail: cpaterson@balch.com