IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B & D MONK, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:08-cv-0166-WKW |
| | ) |
| DLR ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of defendant's third Unopposed Motion for Extension of Time in Which to File Responsive Pleading (Doc. # 15), and the defendant's representation that a settlement appears to be imminent, it is ORDERED that the motion is GRANTED. The deadline for the defendant to file an answer or otherwise respond is extended from June 17, 2008, to **June 24, 2008**.

DONE this 18th day of June, 2008.

　　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE