IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B &D MONK, LLC<br>d/b/a PHENIX CITY<br>EXPRESS WASH<br><br>Plaintiff,<br><br>v.<br><br>DLR ASSOCIATES, LLC<br>d/b/a GOO GOO CAR WASH<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:08 CV 166-TFM<br>)<br>)<br>)<br>)<br>) |

### JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COME NOW, Plaintiff B&D Monk, LLC and Defendant DLR Associates, LLC and jointly stipulate and/or move this Court to dismiss this case without prejudice pursuant to Rule 41, *Fed.R.Civ.Proc.* In support of this motion, the parties assert that they have entered into a written settlement agreement.

**DATED** this the 24TH day of JUNE, 2008.

_____
Raymond L. Jackson, Jr. (JAC054)
Attorney for Plaintiff B&D Monk, LLC
d/b/a Phenix City Express Wash

**OF COUNSEL:**
Raymond L. Jackson, Jr.
JACKSON LAW GROUP, P.C.
126 S. 8th Street
Opelika, Alabama 36801
(334) 745-4449
(334) 745-4331 (FAX)
rjackson@auburnattorney.com

_____
Charles B. Paterson
Robin G. Laurie
Attorneys for Defendant DLR Associates, LLC
d/b/a Goo Goo Car Wash

**OF COUNSEL:**
Charles B. Paterson
Robin G. Laurie
BALCH & BINGHAM, LLP
P.O. Box 78
Montgomery, AL 36101-0078
334-834-6500
334-269-3115 (FAX)

## CERTIFICATE OF SERVICE

I, _CB Paterson_, do hereby Certify that a true and correct copy of the foregoing has been furnished by e-filing via CM/ECF system on this the 24th day of JUNE 2008 to all counsel of record:

Raymond L. Jackson, Jr.
JACKSON LAW GROUP, P.C.
126 S. 8th Street
Opelika, Alabama 36801

_____
Charles B. Paterson
Robin G. Laurie
BALCH & BINGHAM, LLP
P.O. Box 78
Montgomery, AL 36101-0078