IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| B & D MONK, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DLR ASSOCIATES, LLC, )<br>)<br>Defendant. ) | Case No. 3:08-cv-0166-WKW |

## **ORDER**

Upon consideration of the parties' Joint Stipulation of Dismissal Without Prejudice (Doc. # 17), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

An appropriate judgment will be entered.

DONE this 25th day of June, 2008.

                                             /s/  W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE